**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**VS.**                  **CASE NO. 3:04CV00375 SWW**

**B. KAY JAQUES**                                                                     **DEFENDANT**

**ORDER OF DISTRIBUTION**

On June 15, 2005, at 11:00 a.m., at the North door of the Greene County Courthouse, Paragould, Arkansas, the United States Marshal offered for sale the lands described in the Judgment entered on April 29, 2005.  At such sale, Jason and Sandra Kelley were the highest and best bidders for the property, and the property was then sold to the said Jason and Sandra Kelley.

On July 14, 2005, the United States Marshal received Check No. 431062 in the amount of $30,221.94, from Jason and Sandra Kelley for payment in full for the property.  In accordance with the terms of the Judgment, it is hereby ORDERED that the United States Marshal transfer the above mentioned funds to the United States of America, U.S. Department of Agriculture, Rural Development, formerly known as Farmers Home Administration, 700 West Capitol, Room 3416, Little Rock, Arkansas 72201, and notify Fletcher Jackson, Assistant United States Attorney by sending copy of same.

IT IS SO ORDERED THIS 9TH DAY OF AUGUST, 2005.

                                                              /s/Susan Webber Wright
                                                              UNITED STATES DISTRICT JUDGE